5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Wildearth Guardians, et al.               )   Case No. 1:19-cv-203
                                          )
v.                                        )   APPLICATION FOR ADMISSION
U.S. Forest Service, et al.               )   PRO HAC VICE
                                          )
                                          )
                                          )   Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Peter M.K. Frost, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Eugene, Oregon, and practices at the following address and phone number Western Environmental Law Center, 120 Shelton McMurphey Blvd., Suite 340, Eugene, Oregon, 97401, 541-359-3238

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State Bar of Oregon | July 25, 1991 |
| U.S. District Court for the District of Oregon | August 17, 1992 |
| Ninth Circuit Court of Appeals | September 18, 1992 |
| U.S. Supreme Court | February 22, 2011 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Dana M. Johnson, a member in good standing of the bar of this court, of the firm of Wilderness Watch, practices at the following office address and phone number: P.O. Box 9623, Moscow, Idaho, 83843, 208-310-7003

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 6th day of June, 2019.

_____          _____
Applicant                           Designee

Signed under penalty of perjury.