Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 310
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Case No. 1:19-cv-000203-CWD |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

Pursuant to the Court's order of July 5, 2019, Plaintiffs WildEarth Guardians et al. hereby disclose that no Plaintiff has any parent corporation or issues any stock.

Date:   July 15, 2019.                    Respectfully submitted,

                                          /s/ Peter M.K. Frost
                                          Peter M.K. Frost, *pro hac vice*
                                          Attorney for Plaintiffs