Paul A. Turcke, ISB No. 4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, ID 83714
Tel:  208-331-1800
Fax: 208-331-1202
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>SAFARI CLUB INTERNATIONAL,<br><br>Defendant-Intervenor Applicant. | Case No. 19-cv-00203-CWD<br><br>**MOTION TO INTERVENE** |

**MOTION TO INTERVENE OF SAFARI CLUB INTERNATIONAL**

Safari Club International ("Safari Club"), by and through counsel, moves this Court for leave to participate in this case as a defendant-intervenor as of right. Should this Court determine that it cannot grant Safari Club intervention as of right, Safari Club seeks permissive intervenor status.  Finally, if this Court finds that Safari

Club may not participate as an intervenor, Safari Club seeks to participate as an amicus in all phases of this litigation.

Safari Club is an international organization that represents sportsmen and sportswomen, some of whom hunt black bears using bait on National Forest lands in Idaho and Wyoming. Safari Club seeks to intervene to protect its own interests and the interests of its members in hunting black bears using bait and in the sustainable use conservation of black bears and other wildlife in Idaho and Wyoming.

The District of Idaho does not formally require conferral, but counsel for Safari Club contacted the parties to the case to determine their positions on this motion. Counsel for Plaintiffs informed Safari Club that "Plaintiffs oppose at least until they have the opportunity to read the motion, supporting memorandum, and proposed answer to the amended complaint." Counsel for Federal Defendants has informed Safari Club that "the government reserves its position on SCI's intervention until it has had an opportunity to review the motion and related filings."

Together with this motion, Safari Club files a Memorandum in Support; a [Proposed] Answer to Plaintiffs' Amended Complaint; and Declarations of Rew Goodenow, Travis Bullock, John Malison, and Brent McFarland.

DATED this 23rd day of August, 2019.

        Respectfully Submitted,

          /s/ Paul A. Turcke
        Paul A. Turcke, ISB No. 4759
        MSBT LAW, CHARTERED
        7699 West Riverside Drive
        Boise, ID 83714

Tel: 208-331-1800
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

/s/ Paul A. Turcke
Paul A. Turcke, ISB #4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, Idaho 83714
Telephone: 208-331-1800
Facsimile: 208-331-1202
pat@msbtlaw.com