Paul A. Turcke, ISB No. 4759
MSBT LAW, CHARTERED
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants,<br><br>SAFARI CLUB INTERNATIONAL,<br><br>　　　　Defendant-Intervenor Applicant. | Case No. 19-cv-00203-CWD<br><br>**DECLARATION OF TRAVIS BARTON BULLOCK** |

I, Travis Barton Bullock, being first duly sworn on oath depose and state as follows:

1. I reside in Challis, Idaho.

2. I am a member of Safari Club International (SCI) and have been a member for twenty years.

3. My occupation is outfitter.

4. I have been a member of the Idaho Outfitters and Guides Association since about 1995.

5. I am 50 years old. My father took me on my first hunt when I was five and I have been infatuated ever since.

6. I hunt black bears over bait on National Forest land in north/central Idaho. We put out between 10-15 bear baits each year.

7. Baiting helps us to target old boars. When we set trail cameras on the baits, it helps us to keep from accidentally harvesting a sow or a cub instead of an older male bear.

8. I have never encountered a grizzly bear in the Frank Church Wilderness or the Salmon River Mountains in Idaho.

9. I have definite plans to hunt black bears over bait on National Forest land in Idaho this fall. We have bear bait permits for the Frank Church Wilderness on Big Creek and along the Middle Fork of the Salmon River. We will also set bear baits in our front range area in the Salmon River Mountains between the Challis and Stanley next spring.

10. Baiting allows us to target specific bears and to participate in Idaho Department of Fish and Game's management of our black bear populations.

11. Without baiting, bear hunting in Idaho and overall predator management in the state would be far more difficult.

12. Idaho is the home to many predators. Twenty-five years ago, wolves were introduced into the state. Their numbers have grown and they prey on our game species. Having an additional large predator on our ungulate populations has required major management of our overall predator base. Our elk and deer have suffered from the increased predation, but they are recovering. Our moose population has greatly declined and it does not appear that it will be able to recover. Grizzly bears are doing well and have recovered to the point where delisting is not only appropriate – it is necessary.

13. As one of several predator populations in the state of Idaho, our black bears require management. Hunting over bait allows the hunters of Idaho to contribute to black bear management and to the conservation of the species on which they prey.

14. If the plaintiffs succeed in this case and black bear baiting is prohibited, it will harm my hunting of black bears and the hunts of all those that I guide for black bear hunts in Idaho. It will also harm my ability to help with the management of black bears and the conservation of Idaho's ungulate populations.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9Th day of August 2019.

_____
Travis Barton Bullock

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 23rd day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

                                              /s/ Paul A. Turcke
                                              Paul A. Turcke, ISB #4759
                                              MSBT Law, Chartered
                                              7699 West Riverside Drive
                                              Boise, Idaho 83714
                                              Telephone: 208-331-1800
                                              Facsimile: 208-331-1202
                                              pat@msbtlaw.com