Paul A. Turcke, ISB No. 4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>SAFARI CLUB INTERNATIONAL,<br><br>Defendant-Intervenor Applicant. | Case No. 19-cv-00203-CWD<br><br>**DECLARATION OF BRENT AVERY MCFARLAND** |

I, Brent Avery McFarland, being first duly sworn on oath depose and state as follows:

1. I reside in Madison County, Idaho.

2. I have been a member of Safari Club International (SCI) for five years.

3. I am an architect.

4. I am a member of the Idaho Chapter of SCI.

5. I am 49 years old and have been hunting for approximately 35 years.

6. My father introduced me to hunting at a young age and I did the same with my son.

7. The longer I hunt, the more I appreciate the heritage of hunting and not just the organic source of the meat I eat from the animals I harvest.

8. I have hunted black bear over bait on National Forest land in Idaho. I have had baits stations in Targhee and Targhee-Caribou National Forests off and on for over ten years.

9. I started baiting black bears for the sole purpose of introducing my son to hunting the first year he was licensed to hunt. I chose black bear specifically because Idaho allows baiting. This provided the most controlled environment and form of hunting for my son and offered the greatest chance of a successful and ethical harvest.

10. I have encountered grizzly bears numerous times while hunting big game, including black bears in Idaho. My typical encounter is when a grizzly comes into the bait and checks out the site. I make my presence known to the bear by moving or speaking to it and in most cases the bear leaves the site. On some occasions, the bear eats for a while and then leaves.

11. On one occasion, I had a juvenile grizzly bear come in on the bait. The young bear was large enough to strongly resemble an adult black bear, but it had yet to develop the characteristic silver tipped hair, humped shoulder or dished face of a grizzly bear. I observed the bear at 30 yards for over 20 minutes. It wasn't until I looked through my binoculars and noticed the bear's claws that I was able to determine that it was actually a young grizzly bear. Had I observed this bear from a reasonable rifle range – say spot and stalk – I don't know that I would have been able to correctly identify the bear as a grizzly. The ability given by the bait to allow me to take the time to carefully examine the bear over bait was the key element that helped me to determine that it was a grizzly and not a black bear.

12. On another occasion, a large grizzly started coming in over the bait. The adult grizzly had the typical color of a black bear. It did not have the silver tipped hair and other characteristic coloration of a grizzly bear. This bear was black. Had this been a spot and stalk scenario with a bear in a berry patch or open hillside, it would have been difficult for me to judge the size of the bear and to determine it was in fact a grizzly.

13. Based on my actual experience in the field, I can confidently state that baiting bears reduces the chance of a hunter accidentally harvesting a grizzly bear.

14. Grizzly bears do not exist in all places where I have hunted black bears. My encounters with grizzly bears have only occurred in the area known as Island Park Idaho and the Centennial Mountains west of Yellowstone, but east of Interstate 15.

15. I have definite plans to hunt black bears over bait in the future. I will set up a spring bait site on National Forest lands in the Centennial Mountains along the Idaho/Montana border north of Kilgore, Idaho. If the snow pack is too deep, I have an alternate site west of Driggs, Idaho.

16. If black bear baiting is prohibited as a result of this lawsuit it will not in any way benefit the grizzly bear population or reduce my chances of accidentally shooting a grizzly bear. If anything, it will put grizzly bears at greater risk of accidental take because baiting helps hunters to identify the species of bear they are harvesting. It is my understanding that the number grizzly bears accidentally taken by black bear hunters is much higher in Montana where black bear baiting is prohibited.

17. If I am prohibited from baiting black bears, it will harm my ability to successfully hunt black bears and my ability to prevent the accidental take of grizzly bears.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this  15  day of August 2019.

_____
Brent McFarland

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 23rd day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

            /s/ Paul A. Turcke
            Paul A. Turcke, ISB #4759
            MSBT Law, Chartered
            7699 West Riverside Drive
            Boise, Idaho 83714
            Telephone: 208-331-1800
            Facsimile: 208-331-1202
            pat@msbtlaw.com