Paul A. Turcke, ISB No. 4759
MSBT LAW, CHARTERED
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>  Defendants,<br><br>SAFARI CLUB INTERNATIONAL,<br><br>  Defendant-Intervenor Applicant. | Case No. 19-cv-00203-CWD<br><br>**DECLARATION OF REW R. GOODENOW** |

I, Rew R. Goodenow, being first duly sworn on oath depose and state as follows:

1. I am Chairman of the Legal Task Force of Safari Club International ("Safari Club").

2. I have personal knowledge of the matters set forth herein, except those stated on information and belief and, as to those matters, I believe them to be true.

3. Safari Club is a nonprofit corporation incorporated in the State of Arizona, operating under § 501(c)(4) of the Internal Revenue Code, with principal offices and places of business in Tucson, Arizona and Washington, D.C.

4. Its membership includes approximately 45,000 individuals from the United States and many of the countries around the world. Safari Club has chapters in both Idaho and Wyoming.

5. Safari Club's mission "is to protect the freedom to hunt and promote wildlife conservation worldwide." Safari Club's purposes include:

   - To advocate, preserve and protect the rights of all hunters.
   - To promote safe, legal and ethical hunting and related activities.
   - To monitor, support, educate or otherwise take positions on local, national and international legislative, executive, judicial or organizational endeavors that foster and support these purposes and objectives, within the limits imposed by law and regulation.
   - To inform and educate the public concerning hunting and related activities.

6. Safari Club works with its sister organization, Safari Club International Foundation (SCIF), to carry out its conservation mission.

7. SCIF's missions include the conservation of wildlife, education of the public concerning hunting and its use as a conservation tool, and humanitarian services. More specifically, the conservation mission of SCIF is: (a) to support the conservation of the various species and populations of game animals and other wildlife and the habitats on which they depend; and (b) to demonstrate the importance of hunting as a conservation and management tool in the development, funding and operation of wildlife conservation programs.

8. "Sustainable use" recognizes that the utilization of wildlife often produces benefits that provide incentives for conservation, that conservation does not require non-use of wildlife and that non-use can actually be counter-productive to conservation efforts. Well-managed hunting is and has been a valuable tool in conservation and protection of many game species and associated habitats, and biodiversity. The concept of sustainable use has been endorsed and adopted as a key principal of conservation by the International Union for the Conservation of Nature and Natural Resources—

the oldest and largest conservation organization in the world—at its 2nd World Conservation Congress. Sustainable use is also one of the three primary principles of the Convention on Biological Diversity, commonly referred to as the Biodiversity Treaty, one of two major treaties opened for signature at the United Nations Conference on Environment and Development (UNCED) in 1992.

9. Safari Club is an organization that promotes the principle and practice of sustainable use conservation, including the ability of its members to participate in hunting and importation of foreign species in order to 1) increase social tolerance for the species' destructive behavior, 2) discourage and apprehend poachers, 3) contribute meat and other important resources and revenue to local communities, 4) reduce overpopulations in areas where the species has exceeded its carrying capacity, and 5) increase the value of the species.

10. Many Safari Club members hunt black bears and other wildlife species in Idaho and Wyoming and many of these hunt black bears over bait on National Forest lands in Idaho and Wyoming.

11. I provide this declaration in support of Safari Club's motion to intervene in the above captioned case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of August, 2019.

By: _____
Rew R. Goodenow

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 23rd day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

            /s/ Paul A. Turcke
            Paul A. Turcke, ISB #4759
            MSBT Law, Chartered
            7699 West Riverside Drive
            Boise, Idaho 83714
            Telephone: 208-331-1800
            Facsimile: 208-331-1202
            pat@msbtlaw.com