Paul A. Turcke, ISB No. 4759
MSBT LAW, CHARTERED
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
pat@msbtlaw.com

*Attorney for Defendant-Intervenor Applicant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants, <br><br> SAFARI CLUB INTERNATIONAL, <br><br> Defendant-Intervenor Applicant. | Case No. 19-cv-00203-CWD <br><br> **DECLARATION OF JOHN MALISON** |

I, John Malison, being first duly sworn on oath depose and state as follows:

1. I reside in Clark Fork, Idaho.

2. I am a member of Safari Club International (SCI) and have been a member for many years.

3. I am a retired teacher.

4. I am a member of the Idaho Chapter of SCI.

5. I am also a member of the Rocky Mountain Elk Foundation and have been for 30 years; and the Bonner County, Idaho Sportsmen's Association for 20 years. I am a life member of the Wild Sheep Foundation and have been a member of the National Rifle Association for many years.

6. I am 74 years old and have been hunting for approximately 66 years. I started hunting rabbits in New Jersey with my father when I was eight years old.

7. I hunt black bears over bait on National Forest land in northern Idaho. I have hunted black bears over bait in Units 4a and 4 for about 18 years.

8. I hunt in a two-bear harvest per year area, but I personally do not harvest more than one bear a year.

9. I retrieve each of the bears I harvest from the field and use the meat.

10. The regulations of where bait can be placed for bears are well described in Idaho Department of Fish and Game hunting rules and I follow those regulations.

11. I and the individuals that I hunt with check our baits daily and use trail cameras to record the bears that may be visiting the baits.

12. We hunt bears from ground blinds, generally located no more than 100 yards from the bait piles.

13. By having the trail cameras set up and the blinds in place, we can watch the bears and observe the sows and cubs, size, color and species of the bears that visit the baits.

14. My preference is to take larger bears and have taken a bear weighing approximately 450 pounds and approximately ten years of age.

15. Hunting over bait allows me to see the bears, estimate size and sex, and make sure that I have a good and accurate shot.

16. Northern Idaho has very dense forests and steep mountains, so hunting bears without bait amounts to a chance occurrence if a hunter happens to see a bear while hunting other big game. This type of hunting requires quick action and can involve inadequate time to carefully evaluate the bear. Such circumstances can sometimes lead to a poor or inaccurate shot, or even the take of a wrong species of bear. Baiting eliminates these uncertainties.

17. I have encountered a grizzly bear while hunting black bears over bait in Idaho. By hunting over bait, I had adequate time to determine that the bear was a grizzly and not a bear that I would want to harvest.

18. In Northern Idaho we have bears of many different colors and at a quick glance, it is not always easy to determine the species of a bear, based on its color. We have black bears that are colored cinnamon, blonde, brown, and black as well as some two-tone specimens. We know that we can encounter grizzly bears as well, and that by baiting we have an opportunity to examine the bear and make certain that it is a black bear we are shooting.

19. We bait in areas that have openings (old growth forest, for example), so that we can see bears as they arrive at the bait, watch them with binoculars, and only harvest a bear if we are sure we have a black bear on the bait.

20. If I am not sure of the bear species at the bait, I will not take the shot.

21. I have definite plans to hunt black bears over bait on National Forest land in Idaho this fall in Units 4a and 4 during bear season which is open from August 30th through November 30th, 2019.

22. Black bear hunting over bait helps us manage Idaho's black bear population. Without baiting and hunting, the bear population is likely to grow. Our game populations are dealing with multiple predators including wolves, grizzlies, lions and black bear. Proper management of our black bear population, through hunting, prevents big game depredation problems and unwanted human/bear contact issues. Baiting is an excellent way for hunters to help the Idaho Department of Fish and Game keep the black bear population in check.

23. Black bear baiting also allows disabled hunters to have their opportunity to hunt bears. Bear baiting and blinds allows accessible bear hunting for disabled hunters. Because of the forest terrain here in Northern Idaho, a disabled person would have little chance to hunt bears if baiting was not allowed.

24. If black bear baiting on National Forest land in Idaho was prohibited it would harm 1) my ability to hunt black bears in Idaho; 2) my ability to conserve grizzly bears by depriving me of the opportunity to carefully examine the species of bear

before hunting; 3) my opportunity to participate in the management of Idaho's black bear population through hunting; and 4) my ability to conserve Idaho's game species that are prey for black bears.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this __10__ day of __Aug__, 2019.

John Malison

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

/s/ Paul A. Turcke
Paul A. Turcke, ISB #4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, Idaho 83714
Telephone: 208-331-1800
Facsimile: 208-331-1202
pat@msbtlaw.com