Paul A. Turcke (ISB No. 4759)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

Erik E. Petersen, WSB No. 7-5608
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
erik.petersen@wyo.gov

*Counsel for Proposed Intervenor State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al*.<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, U.S. FISH AND WILDLIFE SERVICE,<br><br>           Defendants. | Case No.  1:19-CV-203-CWD<br><br>**STATE OF WYOMING'S MOTION TO INTERVENE** |

The State of Wyoming hereby moves for leave to intervene in the above-captioned case as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b). In support of this motion, Wyoming offers the attached Memorandum in Support. The undersigned conferred

with counsel for the parties regarding their respective positions on the instant motion. Counsel for the Plaintiffs and federal Defendants take no position on Wyoming's Motion to Intervene.

The State of Wyoming respectfully requests that this Court grant the State permission to intervene.

Dated this 23rd day of August, 2019.

FOR PROPOSED DEFENDANT-INTERVENOR
STATE OF WYOMING


      /s/ Paul A. Turcke
Paul A. Turcke (ISB No. 4759)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
Telephone (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

Erik E. Petersen, WSB No. 7-5608
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
erik.petersen@wyo.gov

*Attorneys for the State of Wyoming*
(Pro Hac Vice Admission Pending)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

/s/ Paul A. Turcke
Paul A. Turcke, ISB #4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, Idaho 83714
Telephone: 208-331-1800
Facsimile: 208-331-1202
pat@msbtlaw.com