Paul A. Turcke (ISB No. 4759)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

Erik E. Petersen, WSB No. 7-5608
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
erik.petersen@wyo.gov

*Counsel for Proposed Intervenor State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No.  1:19-CV-203-CWD<br><br>**STATE OF WYOMING'S [PROPOSED] ANSWER** |

The State of Wyoming submits this proposed Answer to Plaintiffs' complaint and asserts the State's affirmative defenses as follows:

1. Wyoming admits the allegations in the following: Paragraph 3; Paragraphs 8 through 10; Paragraph 12; the first and second sentences of Paragraph 13; Paragraph 14; Paragraph 15; the first through third sentences in Paragraph 34; the sixth through eighth sentences of Paragraph 34; Paragraph 37; Paragraph 38; Paragraphs 40 through 45; and Paragraph 73.

2. Wyoming avers that the sixth and seventh sentences of Paragraph 13 may be true, but are not necessarily true. Wyoming avers that the allegations in Paragraph 16 may be true at some times and in some places, but adds that the State regulates such activities. Wyoming avers that the allegations in Paragraphs 36, 39, 46, 47, 48, 50, 51, 52, and 53 are accurate, but notes that no bait was involved in these incidents. Wyoming avers that the allegations in Paragraph 57 are accurate, but adds that the hunter acted in self-defense. Wyoming avers that the allegation in the second sentence of Paragraph 72 may be true in some locations, but that this has not been documented in Wyoming.

3. Wyoming denies the allegations in the following: Paragraph 35; Paragraph 56; and Paragraphs 68 through 71.

4. The allegations in the following purport to characterize Plaintiffs' case or are conclusions of law: Paragraph 1; the sixth sentence of Paragraph 2; Paragraph 77; and Paragraph 79. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations

5. The allegations in the following purport to characterize a document or the contents of a document that speaks for itself and is therefore the best evidence of its contents: Paragraph 11; Paragraphs 17 through 32; Paragraph 61; Paragraph 64; Paragraph 75; and Paragraph

76. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations

6. The allegations in the following are vague, ambiguous and/or speculative: the first sentence of Paragraph 2; Paragraph 4; the third through fifth sentences of Paragraph 13; the fourth and fifth sentences of Paragraph 34; Paragraph 58; Paragraphs 65 through 67; and the first sentence of Paragraph 72. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations

7. Wyoming is without knowledge or information sufficient to form a belief as to the truth of the allegations in the following: the second through fifth sentences of Paragraph 2; Paragraphs 5 through 7; Paragraph 33; Paragraph 54; Paragraph 55; Paragraph 59; Paragraph 60; Paragraph 62; and Paragraph 63. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations

8. Paragraph 49 is a duplicate of Paragraph 47. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations

9. The allegations in Paragraphs 74 and 78 merely incorporate by reference previously-stated allegations. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations.

## AFFIRMATIVE DEFENSES

1. Wyoming reserves the right to assert affirmative defenses at a later date.

Dated this 23rd day of August, 2019.

                                FOR PROPOSED DEFENDANT-INTERVENOR
                                STATE OF WYOMING


                                /s/ Paul A. Turcke
                              Paul A. Turcke (ISB No. 4759)
                              MSBT Law
                              7699 West Riverside Drive
                              Boise, ID 83714
                              Telephone (208) 331-1800
                              Facsimile: (208) 331-1202
                              pat@msbtlaw.com

                              Erik E. Petersen, WSB No. 7-5608
                              Senior Assistant Attorney General
                              Wyoming Attorney General's Office
                              2320 Capitol Avenue
                              Cheyenne, WY  82002
                              (307) 777-6946 (phone)
                              (307) 777-3542 (fax)
                              erik.petersen@wyo.gov

                              *Attorneys for the State of Wyoming*
                              (Pro Hac Vice Admission Pending)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

/s/ Paul A. Turcke
Paul A. Turcke, ISB #4759
MSBT Law, Chartered
7699 West Riverside Drive
Boise, Idaho 83714
Telephone: 208-331-1800
Facsimile: 208-331-1202
pat@msbtlaw.com