LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
KATHLEEN E. TREVER
OWEN H. MORONEY
Deputy Attorneys General
600 S. WALNUT STREET
P.O. BOX 25
BOISE, ID 83707
TELEPHONE: (208) 334-3715
FAX: (208) 334-4885
E-Mail:   kathleen.trever@idfg.idaho.gov
              owen.moroney@idafg.idaho.gov

*Attorneys for Idaho Fish and Game Commission*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Case No. 1:19-cv-00203-CWD |
| Plaintiffs, | |
| v. | IDAHO FISH AND GAME COMMISSION'S MOTION TO INTERVENE AS DEFENDANT |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

**Motion**

Applicant-Intervenor Idaho Fish and Game Commission (Commission) hereby moves for intervention as of right pursuant to Fed. R. Civ. P. 24(a). In the alternative, the Commission moves to be permitted to intervene permissively as defendant pursuant to Fed. R. Civ. P. 24(b). In support of this motion, the Commission has filed concurrently with this motion a legal

memorandum providing applicable points and authorities. The Commission has also filed a proposed answer.

Counsel of record for the Plaintiffs and Defendants were consulted regarding the Commission's motion. Counsel for Plaintiffs stated: "Plaintiffs oppose at least until they have the opportunity to read the motion, supporting memorandum, and proposed answer to the amended complaint. After they review those documents, they will file a response." Counsel for Defendants stated that that they reserve their position on the Commission's intervention until they have had a chance to review the motion and related filings.

Respectfully submitted this 4th day of September 2019.

        HON. LAWRENCE G. WASDEN
        Attorney General

        DARRELL EARLY
        Chief of Natural Resources Division

        KATHLEEN E. TREVER
        Lead Deputy Attorney General

        */s/ Owen Moroney*
        OWEN MORONEY (ISB # 9553)
        Deputy Attorney General
        600 S. Walnut Street
        P.O. Box 25
        Boise, ID 83707
        owen.moroney@idfg.idaho.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of September, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

                                          */s/ Owen Moroney*
                                          OWEN MORONEY (ISB # 9553)
                                          Deputy Attorney General
                                          600 S. Walnut Street
                                          P.O. Box 25
                                          Boise, ID 83707
                                          owen.moroney@idfg.idaho.gov