UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FOREST SERVICE, and U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**ORDER** |

Upon consideration of the parties' Stipulation requesting a stay of these proceedings, and the representation that proposed Defendant-Intervenors Idaho Fish and Game Commission, State of Wyoming, and Safari Club, International, et al., have no opposition to the requested stay of proceedings, the Stipulation (Dkt. 26) is **GRANTED**. All deadlines, including motion deadlines and the telephonic scheduling conference set for September 19, 2019, are hereby **VACATED**, with the exception of proceedings concerning Federal Defendants' forthcoming motion to dismiss. Defendants must file their motion by November 15, 2019. If, after the Court resolves the motion, the matter continues, the parties must file a joint status report within fourteen (14) days of the date of the Court's order related to further proceedings, including with regard to the motions

**ORDER - 1**

to intervene. (Dkt. 16, 18, 23.) The motions to intervene (Dkt. 16,18, 23) are hereby administratively terminated, without prejudice to reinstate or refile the motions depending upon the claim or claims that remain.

DATED: September 18, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER RE CASE MANAGEMENT -**  1