JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS
Sr. Trial Attorney (D.C. Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0206
Facsimile: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH, | ) ) ) ) | **Case No. 1:19-cv-00203-CWD** |
| Plaintiffs, | ) ) ) | **DEFENDANTS' PARTIAL MOTION TO DISMISS** |
| vs. | ) ) ) | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH & WILDLIFE SERVICE, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 12(b), Defendants United States Forest

Service ("Forest Service") and United States Fish & Wildlife Service ("FWS," collectively,

"Defendants") hereby move to dismiss Count I of the complaint in the above-captioned case as it

PARTIAL MOT. TO DISMISS -- 1

asserted against FWS, and also to dismiss Count II.  As explained more fully in the accompanying memorandum of points and authorities, Count I fails to state an actionable claim for relief against FWS because it attempts to fault it, as the consulting wildlife agency, for failing to exercise legal authority under the Endangered Species Act ("ESA") that it does not possess. Count II fails to state an actionable claim upon which relief can be granted because the claim does not, and cannot, identify the requisite "major federal action" to trigger any duty by the Forest Service to supplement its prior NEPA analysis.  Indeed, the U.S. Court of Appeals for the District of Columbia Circuit addressed the very same Forest Service policy upon which the complaint in the above-captioned case is based 22 years ago and concluded that the requirements of NEPA were not triggered because the policy was not a "major federal action." *Fund for Animals v. Thomas*, 127 F.3d 80, 83-84 (D.C. Cir. 1997).  The result here should be the same. There was no "major federal action" in the first instance and no "major federal action" remains to occur.

Wherefore, Count I should be dismissed as it asserted against FWS and FWS dismissed as a defendant from this case.  Additionally, Count II should be dismissed.

Dated: November 15, 2019

Respectfully submitted,

/s/ *Robert P. Williams*
Robert P. Williams
Sr. Trial Attorney
U.S. Department of Justice

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on the 15th day of November, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew Kellogg Bishop                  Peter M.K. Frost
bishop@westernlaw.org                  frost@westernlaw.org

Dana M Johnson
danajohnsonecf@gmail.com

                           /s/ *Robert P. Williams*
                           Robert P. Williams