Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 310
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants. | Case No. 1:19-cv-00203-CWD <br><br> **PLAINTIFFS' INDEX TO EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS [Dkt. 28]** |

Plaintiffs WildEarth Guardians et al. ("Guardians") hereby respectfully file the following exhibits, cited in Guardians' opposition to the partial motion to dismiss filed by Defendants U.S. Forest Service and U.S. Fish and Wildlife Service ("FWS"). Dkt. #28.

| Exhibit No.: | Document Title: |
|---|---|
| - 1 - | Environmental Assessment National Policy on Use of Bait in Hunting on National Forest Service Lands (Forest Service, 1995). |
| - 2 - | Biological Opinion on Forest Service administration of placement of baits on Forest Service lands in Wyoming (U.S. Fish and Wildlife Service, 1993). |
| - 3 - | Biological Evaluation National Policy on Use of Bait in Hunting on National Forest Service Lands (Forest Service, 1995). |
| - 4 - | Letter, Regional Forester, Forest Service, to State Supervisor, U.S. Fish and Wildlife Service (Feb. 13, 1995). |
| - 5 – | Letter, State Supervisor, U.S. Fish and Wildlife Service, to Regional Forester, Forest Service (Feb. 27, 1995). |
| - 6 - | Letter, Assistant Director for Ecological Services, U.S. Fish and Wildlife Service, to Director, Wildlife, Fish and Rare Plants, Forest Service (March 14, 1995). |

Dated: December 5, 2019.   Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Dana M. Johnson, Idaho Bar #8359