United States          Forest        Rocky         P.O. Box 25127
Department of          Service       Mountain      Lakewood, CO 80225-0127
Agriculture                          Region        Delivery: 740 Simms St.
                                                   Golden, CO 80414

File Code: 2660

Date: February 13, 1995

Charles P. Davis, State Supervisor
Ecological Service
Fish and Wildlife Service
2617 East Lincolnway
Cheyenne, WY 82001

Dear Mr. Davis:

We are in the process of preparing a National Policy on bear baiting which is to be published in the Federal Register in late February 1995. A copy of the policy was sent you by FAX earlier. For Wyoming, on National Forest System lands, the policy would mean that bear baiting would be administered through the State's regulations on baiting. We had prepared an Environmental Assessment (EA) to address bear baiting in the spring of 1993. A Biological Evaluation (BE) was prepared in conjunction with the EA to address listed species, primarily the grizzly bear. You issued a Biological Opinion (BO) on April 14, 1993, on the EA and BE which basically found none of the alternative are likely to jeopardize the continued existence of the grizzly bear. To minimize the possibility of incidental take, the Fish and Wildlife Service recommended two reasonable and prudent measures.

As a result of the mitigation measures in the EA and the reasonable and prudent alternatives in the BO, we implemented a closure order prohibiting the use of bait for black bear hunting in the grizzly bear recovery zone, in the food restriction areas on the Wind River Ranger District, Shoshone National Forest, and prohibited hunting of black bears with non-natural baits in grizzly habitat not covered by the other closure orders. The EA was rescinded but the closure orders are still in effect. In accordance with one of the conservation recommendations, an additional area on the Greybull District, Shoshone National Forest, has been closed since the BO was issued. Copies of the orders are enclosed.

In reviewing the BE, BO, state regulations on baiting, and the closure orders, it is our opinion that the National Policy, when issued, would not change the conditions or situations that were present when the original BO was issued. We plan to continue with the closure orders that are in place and will work with the Wyoming Game and Fish Department if changes in their regulations on baiting are proposed.

We ask that you review the original BO in light of this proposed new policy, and the actions we have taken, to determine if you concur that the actions we have taken to protect the grizzly bear are still adequate.

Sincerely,


/s/Tom L. Thompson (for)
ELIZABETH ESTILL
Regional Forester

Enclosure

Plaintiffs' Ex. 4, Case No. 1:19-cv-00203-CWD