


# United States Department of the Interior
## FISH AND WILDLIFE SERVICE

Ecological Services
4000 Morrie Avenue
Cheyenne, Wyoming 82001

IN REPLY REFER TO:

ES/61411
spb W.19(fsbbap.cmt)

February 27, 1995

Elizabeth Estill
Rocky Mountain Region
USDA Forest Service
P.O. Box 25127
Golden, Colorado 80414

Dear Ms. Estill:

Thank you for your letter dated February 13, received by this office on February 16, regarding the Forest Service's National Policy on the use of bait for resident game hunting.

We have reviewed the proposed policy and our biological opinion of April 14, 1993, concerning black bear baiting on National Forest lands in Wyoming. We believe that the two documents are compatible (i.e. neither document requires actions that are inconsistent with the other document).

The biological opinion specified that the following terms and conditions (Conditions) are necessary to minimize the potential for take of grizzly bears: 1) eliminate the use of processed human, livestock or pet foods, and fruits or vegetables produced for human consumption as bear baits in any areas regularly used by grizzly bears; and 2) eliminate the requirement that hunters, outfitters or guides who report a grizzly bear on a legally placed bait remove the bait.

On March 15, 1994, your office signed Order number 02-94-30/04-00-041, effectively implementing Condition number 1). On March 17, Mr. Robert Joslin of the Intermountain Region also signed the Order. The Order prohibits the hunting of black bear with the use of any bait within the grizzly bear recovery zone and in areas under a food storage restriction order, and prohibits the use of non-natural baits (as described in Condition 1 above) in any area occupied by grizzly bears and not included in the above-described areas.

Wyoming Game and Fish Department regulations specify that "The person placing the bait shall immediately report use of a bait by a grizzly bear to the Wyoming Game and Fish Department or the U.S. Fish and Wildlife Service. Agency personnel will remove the bait and container." Provided that the Forest Service does not establish rules, regulations, or policies which contradict this State regulation, we believe that Condition number 2 (above) is currently being met.

Plaintiffs' Ex. 5, Case No. 1:19-cv-00203-CWD

The proposed National Policy appears to be consistent with our biological opinion of April 14, 1993, and no information has become available to suggest that additional terms and conditions are necessary at this time.

If the Policy is significantly modified in a manner that may result in an effect to listed species, please contact this office so that we may work together to protect these important resources.

We appreciate your efforts to ensure the conservation of endangered and threatened species. If you have further questions on this subject, please contact me at the letterhead address or phone (307) 772-2374.

Sincerely,

Charles P. Davis
Field Supervisor
Wyoming State Office

cc: Director, WGFD, Cheyenne, WY

Plaintiffs' Ex. 5, Case No. 1:19-cv-00203-CWD