Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>　　Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**PARTIES' STATUS REPORT AND PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's Order of September 18, 2019 (Doc. 27 at 1), in which the Court required the parties to submit a status report after it decided Federal Defendants' partial motion to dismiss, and pursuant to the Court's Order of May 7, 2020 (Doc. 35 at 17) granting in part and denying in part Federal Defendants' partial motion to dismiss, in which the Court states that it will conduct a telephonic scheduling conference with the parties, counsel for Plaintiffs WildEarth Guardians et al. ("Guardians") and Defendants U.S. Forest Service ("Forest Service") and U.S. Fish and Wildlife Service ("FWS") (collectively, "Federal Defendants") have conferred about next steps in this case. Dist. Idaho L. Rule 16.1.

Guardians and Federal Defendants propose the following schedule as to how this case should now proceed:

1. Federal Defendants shall file a motion to dismiss the remaining claim in this case pursuant to Rule 12(b)(1) and 12(b)(6) on or before July 17, 2020.

2. Guardians shall file their response to Federal Defendants' motion to dismiss on or before August 28, 2020.

3. Federal Defendants shall file their reply to Guardians' response within 21 days after the response.

4. The Court should stay all other current proceedings in this case pending resolution of the prospective motion to dismiss.

Date:   July 8, 2020.            Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Dana M. Johnson, ISB #8359
Matthew K. Bishop, *pro hac vice*

Attorneys for Plaintiffs

/s/ Robert P. Williams
Robert P. Williams
Sr. Trial Attorney, U.S. Department of Justice
Wildlife & Marine Resources Section
Environment and Natural Resources Division
4 Constitution Square
150 M Street N.E., Room 3.216
Washington, D.C. 20001

Attorney for Federal Defendants