UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**ORDER** |

    Upon consideration of the parties' status report and proposed scheduling order, (Dkt. 36), and finding good cause, the following deadlines shall govern these proceedings:

    1. Federal Defendants shall file a motion to dismiss the remaining claim in this case pursuant to Rule 12(b)(1) and 12(b)(6) on or before July 17, 2020.

    2. Plaintiffs shall file their response to Federal Defendants' motion to dismiss on or before August 28, 2020.

    3. Federal Defendants shall file their reply to Plaintiffs' response within 21 days after the response.

**ORDER - 1**

4. The Court will conduct a hearing on the motion via video conference on Wednesday, **October 28, 2020**, at **1:30 p.m.** mountain time. Instructions for participation in the video conference will be forthcoming via a separate notice of hearing.

4. All other current proceedings in this case are **STAYED** pending resolution of the prospective motion to dismiss.

DATED: July 16, 2020

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER - 2