# EXHIBIT 2

 

United States Department of the Interior

FISH AND WILDLIFE SERVICE

5275 Leesburg Pike
MS-ES
Falls Church, Virginia 22041

June 26, 2020

In Reply Refer To:
FWS/AES/072850

Mr. Allen Rowley
Associate Deputy Chief, National Forest System
U.S. Forest Service
1400 Independence Avenue, NW
Washington, DC  20250

Dear Mr. Rowley,

This letter responds to your letter of June 26, 2020, to the U.S. Fish and Wildlife Service (FWS). In your letter, the U.S. Forest Service (Forest Service) is withdrawing its prior request for consultation on the 1993 policy regarding administration of the placement of baits on Forest Service lands in Wyoming for the purpose of black bear hunting proposed by Region 2 of the Forest Service, and therefore requests that FWS withdraw the April 14, 1993, Biological Opinion (BiOp) and the associated Incidental Take Statement (ITS) provided with regard to that proposed policy.  In addition, you have also withdrawn your request for consultation, and are requesting that the FWS withdraw the March 14, 1995 Letter of Concurrence (LOC), on the Forest Service's restatement of its nationwide policy of deferral to state regulation of fish and wildlife management on NFS lands.  Your letter advises that the Forest Service rescinded the proposed Region 2 policy that was the subject of the BiOp and ITS prior to its implementation and has determined that Section 7 consultation was never required for either of the policies because they did not constitute affirmative agency action within the meaning of ESA Section 7. Rather, both constituted inaction - unexercised discretion.  For these reasons, the Forest Service also has also determined that reinitiation of consultation is not required for either policy pursuant to 50 CFR § 402.16.

Based on our review of your request and the unique circumstances in this matter, including the fact that the Region 2 policy was rescinded prior to implementation and that the Forest Service has determined that neither policy constituted affirmative agency action that required Section 7 consultation, we agree that the 1993 BiOp and ITS are not operative and without effect and that they, along with the LOC, should be withdrawn.  Accordingly, and per your request, this letter serves to withdraw the 1993 BiOp, the associated ITS, and 1995 LOC.  Further, because the 1993 and 1995 consultation documents are without effect and withdrawn, there is no underlying consultation on which to reinitiate, pursuant to 50 CFR § 402.16.  Nor are we aware of any discretionary, affirmative agency action by the Forest Service that would trigger a requirement to

either initiate or reinitiate consultation on either the defunct Region 2 policy or the national policy statement.  Therefore, we independently conclude that there is no basis for the FWS to request reinitiation of consultation on one or both of the policies.

FWS looks forward to any future consultation with the Forest Service should it decide to authorize, fund, or carry out an action that may affect species listed under the ESA or their designated critical habitat.  Should you have any questions, please contact Craig Aubrey, Chief of the Division of Environmental Review, at (703) 358-2442, or Craig_Aubrey@fws.gov.

Sincerely

GARY FRAZER
Digitally signed by GARY FRAZER
Date: 2020.06.26 15:23:50 -04'00'

Gary Frazer
Assistant Director,
Ecological Services