United States          Forest          Rocky          P.O. Box 25127
Department of          Service         Mountain       Lakewood, CO  80225-0127
Agriculture                            Region         Delivery:  740 Simms St.
                                                      Golden, CO 80414

---

                                          File Code:   2660

                                          Date:   February 13, 1995


Charles P. Davis, State Supervisor
Ecological Service
Fish and Wildlife Service
2617 East Lincolnway
Cheyenne, WY   82001


Dear Mr. Davis:

We are in the process of preparing a National Policy on bear baiting which is
to be published in the Federal Register in late February 1995.  A copy of the
policy was sent you by FAX earlier.  For Wyoming, on National Forest System
lands, the policy would mean that bear baiting would be administered through
the State's regulations on baiting.  We had prepared an Environmental
Assessment (EA) to address bear baiting in the spring of 1993.  A Biological
Evaluation (BE) was prepared in conjunction with the EA to address listed
species, primarily the grizzly bear.  You issued a Biological Opinion (BO) on
April 14, 1993, on the EA and BE which basically found none of the alternative
are likely to jeopardize the continued existence of the grizzly bear.  To
minimize the possibility of incidental take, the Fish and Wildlife Service
recommended two reasonable and prudent measures.

As a result of the mitigation measures in the EA and the reasonable and prudent
alternatives in the BO, we implemented a closure order prohibiting the use of
bait for black bear hunting in the grizzly bear recovery zone, in the food
restriction areas on the Wind River Ranger District, Shoshone National Forest,
and prohibited hunting of black bears with non-natural baits in grizzly habitat
not covered by the other closure orders.  The EA was rescinded but the closure
orders are still in effect.  In accordance with one of the conservation
recommendations, an additional area on the Greybull District, Shoshone National
Forest, has been closed since the BO was issued.  Copies of the orders are
enclosed.

In reviewing the BE, BO, state regulations on baiting, and the closure orders,
it is our opinion that the National Policy, when issued, would not change the
conditions or situations that were present when the original BO was issued.  We
plan to continue with the closure orders that are in place and will work with
the Wyoming Game and Fish Department if changes in their regulations on baiting
are proposed.

We ask that you review the original BO in light of this proposed new policy,
and the actions we have taken, to determine if you concur that the actions we
have taken to protect the grizzly bear are still adequate.

Sincerely,


/s/Tom L. Thompson (for)
ELIZABETH ESTILL
Regional Forester


Enclosure