

United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

ADDRESS ONLY THE DIRECTOR
FISH AND WILDLIFE SERVICE
In Response Refer To:
FWS/AES/TE

MAR 14 1995

Robert D. Nelson, Director
Wildlife, Fish and Rare Plants
U.S. Forest Service
14th and Independence Avenue, S.W.
P.O. Box 96090
Washington, D.C. 20090-6090

Dear Mr. Nelson:

This responds to your letter (undated, but hand delivered February 24, 1994), requesting concurrence with your finding that the U.S. Forest Service's proposed national policy on use of bait during hunting on National Forest System Lands is not likely to adversely effect federally listed species.

This policy would require authorized Forest Service officers to monitor State baiting-related hunting regulations relative to the impacts of such regulations on resources and uses of the National Forests, and to establish administrative closures to baiting where necessary to protect federally listed species.

My staff has discussed this policy with Mr. Tom Darden, Mr. Ron Escano, and Mr. Tom Bandolin of your staff. We are also in receipt of your March 8, 1995, letter clarifying certain issues raised during these discussions, and your revisions to the proposed policy agreed to by our respective staffs on March 13, 1995. Based on these discussions, discussions between the Fish and Wildlife Service's Washington and Regional Offices, and other information provided by your agency, we concur in your determination that the proposed national policy on baiting is not likely to adversely affect federally listed species.

We appreciate the opportunity to review this policy and work with your staff. Please write to the letterhead address or call Catrina Martin, Division of Endangered Species, at (703) 358-2106 if you have questions or desire further information concerning this matter.

Sincerely,

Jamie Rappaport Clark
Assistant Director for Ecological
    Services