Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 310
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Case No. 1:19-cv-00203-CWD |
| Plaintiffs, | **PLAINTIFFS' MOTION TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT** |
| v. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

Pursuant to Local Rule Civ. 7.1(a) and FED. R. CIV. P. 15(a)(2) & 15(d), Plaintiffs WildEarth Guardians et al. ("Guardians") hereby respectfully file this motion seeking leave to file an amended and supplemental complaint. Counsel for Guardians has conferred with counsel for Defendants, and they intend to oppose this motion.

For the reasons stated in the brief in support of this motion, the Court should grant it.

Date: October 26, 2020.        Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Dana M. Johnson, Idaho Bar #8359