JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS
Sr. Trial Attorney (D.C. Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0206
Facsimile: (202) 305-0275
Email: robert.p.williams@usdoj.gov

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE and UNITED STATES FISH & WILDLIFE SERVICE, <br><br> Defendants. | **Case No. 1:19-cv-00203-CWD** <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS (ECF 38)** |

Defendants U.S. Forest Service ("FS") and U.S. Fish & Wildlife Service ("FWS") hereby provide notice of an order of dismissal recently handed down in *Sierra Club, et al. v. U.S. Fish & Wildlife Service, et al.*, Case No. 2:20-cv-00013-SPC-NPM, 2020 WL 6161488 (M.D. Fla. Oct. 21, 2020). In *Sierra Club*, the court ruled that FWS had lawfully rescinded a biological opinion and incidental take statement, which rendered those documents without legal effect and, in turn, the

plaintiffs' challenge to the documents moot.  The court dismissed the challenge to the opinion and take statement on that basis.

FWS rescinded the opinion and take statement in *Sierra Club* after it was notified that the action consulted on did not, in fact, presently require ESA consultation. Initially, the court found that FWS had not unequivocally demonstrated rescission of the opinion and take statement by supplying a nonbinding "FWS email by a subordinate official" as proof, after which FWS provided a letter to the project proponent signed by a FWS official at the same delegated signatory level at which the opinion was issued to remove any doubt that the opinion and take statement were rescinded (copy attached hereto).  At no time did FWS complete a reinitiated Section 7 consultation before rescinding the opinion and take statement.  On FWS' motion for reconsideration, the court affirmed the rescission of the opinion and take statement over the plaintiffs' objections that FWS lacked authority to do so in such a manner and had not legally effectuated a rescission.

Dated:  October 28, 2020

                                                      /s/ *Robert P. Williams*
                                                      Robert P. Williams
                                                      Sr. Trial Attorney
                                                      U.S. Department of Justice
                                                      **Attorney for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Matthew Kellogg Bishop | Peter M.K. Frost | Dana M. Johnson |
|---|---|---|
| bishop@westernlaw.org | frost@westernlaw.org | danajohnsonecf@gmail.com |

                                                    /s/ *Robert P. Williams*
                                                    Robert P. Williams, Sr. Trial Attorney
                                                    U.S. Department of Justice