


# United States Department of the Interior

FISH AND WILDLIFE SERVICE
South Florida Ecological Services Office
1339 20th Street
Vero Beach, Florida 32960

August 31, 2020

Jason Watts
Florida Department of Transportation
Director, Office of Environmental Management
605 Suwannee Street, MS 37
Tallahassee, FL 32399-0450

> Service CPA Code: 04EF2000-2007-CPA-0507
> Service Consultation Code: 04EF2000-2007-F-1185
> Date Received: July 10, 2015
> Consultation Initiation Date: July 10, 2015
> Project: State Road 29 from State Road 82 to
> County Road 80A
> Counties: Hendry and Collier

Dear Mr. Watts:

We seek to clarify our position with respect to the Biological Opinion (BO) issued on January 22, 2016, for State Road 29 from State Road 82 to County Road 80A (SR 29 Project), and subsequently amended on June 10, 2016, pursuant to section 7 of the Endangered Species Act (Act). This clarification addresses the U.S. District Court's August 19, 2020, Opinion and Order (Case 2:20-cv-00013-SPC-NPM) denying the Defendant's motion to dismiss claims against the Florida Department of Transportation (FDOT) and the U.S. Fish and Wildlife Service (Service) regarding section 7 consultation related to SR 29 Project.

The Service sent an email to FDOT (June 12, 2020, John Wrublik (Service) to Brent Setchell and Jennifer Marshall (FDOT)) acknowledging our understanding that FDOT had rescinded its categorical exclusion for the SR 29 Project and that FDOT does not intend to construct the project for at least 10 years. This email indicated that, in light of these developments, we considered the SR 29 BO to be inoperative.

By stating that the SR 29 BO is inoperative, it is our position that the document has no legal effect. The incidental take statement that accompanies the BO is no longer valid and, accordingly, does not provide coverage for any potential incidental take of listed species related to this previously proposed action. Further, if FDOT decides to pursue this action at some point in the future, FDOT will need to comply with the Act at that time, and any BO must be based on the best scientific and commercial data available. Assuming FDOT does not plan to move forward for ten or more years as indicated, we expect new data informing the required analyses would be available, and while we cannot predict the conclusions of a future consultation, the outcome could vary significantly from that issued in 2016.

Jason Watts                                                                                                Page 2

In order to remove any ambiguity with respect to our position on the SR 29 BO, we are by this letter formally withdrawing the January 22, 2016, BO and June 10, 2016, BO amendment. This withdrawal action is at the same delegated signatory level at which the BO was issued. If FDOT wishes to move forward on this project in the future, please initiate consultation pursuant to section 7 of the Act. If you have questions regarding this decision, please feel free to contact Constance Cassler (772-469-4243 or constance_cassler@fws.gov).

                                                         Sincerely,


Roxanna Hinzman
Field Supervisor
South Florida Ecological Services Field Office

cc:

James Christian
Division Administrator
Federal Highway Administration
545 John Knox Road, Suite 200
Tallahassee, Florida 32303