UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et al,<br><br>Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**SCHEDULING ORDER<br>(LEGAL TRACK)** |

In accordance with the proposed litigation plan submitted by the parties, (Dkt. 60), and to further the just, speedy, and inexpensive determination of this matter,

**NOW THEREFORE IT IS HEREBY ORDERED** that the following deadlines and procedures will govern this litigation:

1. <u>Motion Deadline</u>: All motions to intervene, as well as proposed answers by intervenors, must be filed by **February 10, 2021**.

2. <u>Amendment of Pleadings and Joinder of Parties</u>: Motions to amend pleadings and join parties, except for allegations of punitive damages, must be filed on or before **May 11, 2021**. This deadline will be extended only for good cause shown.[1]

3. <u>Alternative Dispute Resolution</u>: The parties have determined that ADR would not be appropriate for this matter.

4. <u>Answer Deadline</u>: Defendants must file an answer by **February 22, 2021**.

5. <u>Administrative Record</u>: Defendants must file their administrative records by **April 20, 2021**. The parties are to confer as to any objections to the completeness of the administrative records. If Plaintiffs have objections to the completeness of the administrative records, they must be filed by **May 11, 2021**.

6. <u>Discovery</u>:  If after review of the administrative records, and after the parties meet and confer regarding the same, Plaintiffs may propound discovery and Defendants may lodge objections to the same. The Court will resolve the disputes, including whether discovery is available on the claims alleged in this matter.

7. <u>Dispositive Motions</u>: The parties may propose a schedule for dispositive motions once the above matters are resolved by the Court.

---

[1] The Ninth Circuit has held that motions to amend filed after the Scheduling Order deadline are governed not by the liberal provisions of Fed. R. Civ. P. 15(a), but instead, by the more restrictive provisions of Fed. R. Civ. P. 16(b) requiring a showing of "good cause." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

**SCHEDULING ORDER - 2**

8.  <u>Law Clerk</u>: The law clerk assigned to this case is **Kirsten Wallace**, and may be reached at (208) 334-9331. If this case is later reassigned or referred to another judge, consult the [Judges' webpage](#)[2] for the judges' staff directory.

9.  <u>Calendaring Clerk</u>:  Scheduling matters and calendar issues may be directed to **Amy Tate**, who may be reached at (208) 334-9387. If the case is later reassigned or referred, please consult the [Judges' web](#) page for a staff directory.

10. <u>Docketing Clerk</u>: If you have a docketing or filing question, please contact a [docket clerk](#)[3] at (208) 334-1361.

DATED: January 22, 2021

_/s/ Candy W. Dale_
Honorable Candy W. Dale
United States Magistrate Judge

---

[2] http://id.uscourts.gov/district/judges/Welcome.cfm

[3] The Clerk's office staff directory may be found on the Court's webpage: http://id.uscourts.gov/district/attorneys/DocketingCourtroom_Dep.cfm

**SCHEDULING ORDER - 3**