Cherese D. McLain (ISB No.7911)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
cdm@msbtlaw.com

Travis Jordan, WSB No. 7-5721 (*Pro Hac Vice*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for Proposed Intervenor State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al*. | |
| Plaintiffs, | Case No.  1:19-CV-203-CWD |
| v. | **STATE OF WYOMING'S MOTION TO INTERVENE** |
| U.S. FOREST SERVICE, U.S. FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

The State of Wyoming hereby moves for leave to intervene in the above-captioned case as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b). In support of this motion, Wyoming offers the attached Memorandum. The undersigned conferred with

counsel for the parties regarding their respective positions on the instant motion. Counsel for the Plaintiffs and Federal Defendants take no position on Wyoming's Motion to Intervene.

The State of Wyoming respectfully requests that this Court grant the State permission to intervene.

Dated this 2nd day of February, 2021.

FOR PROPOSED DEFENDANT-INTERVENOR
STATE OF WYOMING


  /s/ Cherese D. McLain
 _____
Cherese D. McLain (ISB No.7911)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
cdm@msbtlaw.com

Travis Jordan, WSB No. 7-5721 (*Pro Hac Vice*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorneys for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

\_\_\_\_/s/ Cherese D. McLain_____
Cherese D. McLain