Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: 202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant Safari Club International*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> SAFARI CLUB INTERNATIONAL, <br><br> Defendant-Intervenor Applicant. | Case No. 1:19-cv-00203-CWD <br><br> **SAFARI CLUB INTERNATIONAL'S MOTION TO INTERVENE** |

Safari Club International ("Safari Club"), by and through counsel, moves this Court for leave to participate in this case as a defendant-intervenor as of right. Should this Court determine that it cannot grant Safari Club intervention as of right, Safari Club seeks permissive intervenor status. Finally, if this Court finds that Safari Club may not participate as an intervenor, Safari Club seeks to participate as an amicus in all phases of this litigation.

Safari Club is an international organization that represents sportsmen and sportswomen, some of whom hunt black bears using bait on National Forest lands in Idaho and Wyoming. Safari Club seeks to intervene to protect its own interests and the interests of its members in hunting black bears using bait and in the sustainable use conservation of black bears and other wildlife in Idaho and Wyoming.

Although the District of Idaho does not formally require conferral, counsel for Safari Club contacted the parties to the case to determine their positions on this motion. Counsel for Plaintiffs informed Safari Club that Plaintiffs take no position on the motion until they can read it. Counsel for Federal Defendants informed Safari Club that Federal Defendants take no position on the motion.

Together with this motion, Safari Club files a Memorandum in Support; a [Proposed] Answer to Plaintiffs' Amended and Supplemental Complaint; and Declarations of Rew Goodenow, John Malison, Albert Veilleux, and Travis Bullock.

DATED this 10th day of February 2021.

                          Respectfully Submitted,

                          */s/* Jeremy Clare
                          Jeremy E. Clare, D.C. Bar No. 1015688
                          Safari Club International
                          501 2nd Street N.E.
                          Washington, D.C. 20002
                          Tel:   202-543-8733
                          Fax:   202-403-2244
                          jclare@safariclub.org
                          *Admitted Pro Hac Vice*

                          Cherese D. McLain, ISB No. 7911
                          MSBT Law, Chtd.
                          7699 West Riverside Drive
                          Boise, ID 83714
                          Tel:   208-331-1800
                          Fax:   208-331-1202
                          cdm@msbtlaw.com

                          *Attorneys for Defendant-Intervenor Applicant*
                          *Safari Club International*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of February 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                          */s/* Jeremy Clare
                          Jeremy E. Clare