Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel:  202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel:  208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant*
*Safari Club International*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | |
| Plaintiffs, | Case No. 1:19-cv-00203-CWD |
| v. | |
| U.S. FOREST SERVICE, et al., | **DECLARATION OF REW R. GOODENOW** |
| Defendants, | |
| SAFARI CLUB INTERNATIONAL, | |
| Defendant-Intervenor Applicant. | |

I, Rew R. Goodenow, being first duly sworn on oath depose and state as follows:

1. I am Chairman of the Legal Task Force of Safari Club International.

2. I have personal knowledge of the matters set forth herein, except those stated on information and belief, and, as to those matters, I believe them to be true.

3. Safari Club is a nonprofit corporation incorporated in the State of Arizona, operating under § 501(c)(4) of the Internal Revenue Code, with principal offices and places of business in Tucson, Arizona and Washington, D.C.

4. Its membership includes approximately 45,000 individuals from the United States and many countries around the world. Safari Club has chapters in both Idaho and Wyoming.

5. Safari Club's mission is "to protect the freedom to hunt and to promote wildlife conservation worldwide." Safari Club's purposes include:

   - To advocate, preserve and protect the rights of all hunters.
   - To promote safe, legal and ethical hunting and related activities.
   - To monitor, support, educate or otherwise take positions on local, national and international legislative, executive, judicial or organizational endeavors that foster and support these purposes and objectives, within the limits imposed by law and regulation.
   - To inform and educate the public concerning hunting and related activities.

6. Safari Club works with its sister organization, Safari Club International Foundation (SCIF), to carry out its conservation mission.

7. SCIF's mission is to ensure the future of wildlife through conservation, education, and hunting. In fulfilling its mission, SCIF promotes wildlife conservation and the sustainable use of wildlife by conducting and supporting scientific and technical studies in the field of wildlife conservation, supports education programs that demonstrate the constructive role that hunting plays in resource conservation, supports humanitarian services, and provides charitable donations to those with the same or similar goals as those of SCIF.

8. "Sustainable use" recognizes that the utilization of wildlife often produces benefits

that provide incentives for conservation, that conservation does not require non-use of wildlife and that non-use can actually be counter-productive to conservation efforts. Well-managed hunting is and has been a valuable tool in the conservation of many game species, associated habitats, and biodiversity.

9. Safari Club is an organization that promotes the principle and practice of sustainable use conservation, including the ability of its members to participate in hunting and importation of foreign species in order to (1) increase social tolerance for species' destructive behavior, (2) discourage and apprehend poachers, (3) contribute meat and other important resources and revenue to local communities, (4) reduce overpopulations in areas where the species has exceeded its carrying capacity, (5) increase the value of the species, and (6) contribute to the management of wildlife as permitted by wildlife management authorities.

10. Many Safari Club members hunt black bears and other wildlife species in Idaho and Wyoming, and some of these members hunt black bears over bait on National Forest lands in Idaho and Wyoming.

11. I provide this declaration in support of Safari Club International's motion to intervene in the above captioned case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of February 2021.

_____
Rew R. Goodenow