Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: 202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant
Safari Club International*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> SAFARI CLUB INTERNATIONAL, <br><br> Defendant-Intervenor Applicant. | Case No. 1:19-cv-00203-CWD <br><br> **DECLARATION OF JOHN MALISON** |

I, John Malison, being first duly sworn on oath depose and state as follows:

1. I am a resident of Clark Fork, Idaho.

2. I have been a member of Safari Club International for many years.

3. I am a retired teacher.

4. I am member of the Idaho Chapter of Safari Club International. I have also been a member of Rocky Mountain Elk Foundation for more than 30 years, the Bonner County, Idaho Sportsmen's Association for more than 20 years, and the National Rifle Association for many years. I am also a life member of the Wild Sheep Foundation.

5. I first started hunting when I was eight years old. My father and I hunted rabbits in New Jersey.

6. I hunt black bears over bait on National Forest land in northern Idaho. I have hunted black bears over bait in Units 4a and 4 for about 20 years.

7. I hunt in a two-bear harvest per year area, but I personally do not harvest more than one bear per year. I retrieve each of the bears I harvest from the field and use the meat.

8. The regulations of where bait can be placed for bears are well described in the Idaho Department of Fish and Game's hunting rules, and I follow those regulations.

9. I and the individuals with whom I hunt check our baits daily and use trail cameras to record the bears that may be visiting the baits. We hunt bears from ground blinds, generally located no more than 100 yards from the bait piles.

10. By having the trail cameras set up and the blinds in place, we can watch the bears and observe sows and cubs, size, color, and species of the bears that visit the baits.

11. My preference is to harvest larger bears. I have harvested a bear weighing approximately 450 pounds that was approximately 10 years of age.

12. Hunting over bait allows me to see the bears, estimate size and sex, and make sure that I have a good and accurate shot.

13. Northern Idaho has very dense forests and steep mountains, so hunting bears without bait amounts to a chance occurrence if a hunter happens to see a bear while hunting other species. This type of hunting requires quick action and can involve inadequate time to carefully evaluate the bear. Such circumstances can sometimes lead to a poor or inaccurate shot, or even the harvest of a wrong species of bear. Baiting helps eliminate these uncertainties.

14. I have encountered a grizzly bear while hunting black bears over bait in Idaho. By hunting over bait, I had adequate time to determine that the bear was a grizzly and not a bear that I would want to harvest.

15. In Northern Idaho, we have bears of many different colors, and at a quick glance, it is not always easy to determine the species of a bear based on its color. We have black bears that are colored cinnamon, blonde, brown, and black, as well as some two-tone bears. We know that we can encounter grizzly bears as well, and by baiting we have an opportunity to examine the bears and make certain that we only shoot black bears.

16. We bait in areas that have openings (old growth forest, for example), so that we can see bears as they arrive at the bait, watch them with binoculars, and only harvest a bear if we are sure we have a black bear on the bait.

17. If I am not sure of the bear species at the bait, I will not take the shot.

18. I have definite plans to hunt black bears over bait on National Forest land in Idaho this fall in Units 4a and 4 during bear season.

19. Black bear hunting over bait helps us manage Idaho's black bear population. Without baiting and hunting, the bear population is likely to grow. Our game populations are dealing with multiple predators including wolves, grizzlies, lions, and black bear. Proper management of our black bear population through hunting prevents big game depredation problems and unwanted human/bear contact issues. Baiting is an excellent way for hunters to help the Idaho Department of Fish and Game keep the black bear population in check.

20. Black bear baiting also allows disabled hunters to have opportunities to hunt bears. Bear baiting and blinds allow accessible bear hunting. Because of the forest terrain here in Northern Idaho, a disabled person would have little chance to hunt bears if baiting was not allowed.

21. If black bear baiting on National Forest land in Idaho becomes prohibited, it

would harm (1) my ability to hunt black bears in Idaho; (2) my ability to conserve grizzly bears by depriving me of the opportunity to carefully examine the species of bear before harvesting; (3) my opportunity to participate in the management of Idaho's black bear population through hunting; and (4) my ability to conserve Idaho's game species that are prey for black bears.

22. I provide this declaration in support of Safari Club International's motion to intervene in the above captioned case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of February 2021

                                                                  John Malison