Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: 202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant*
*Safari Club International*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | |
| Plaintiffs, | Case No. 1:19-cv-00203-CWD |
| v. | **DECLARATION OF ALBERT L. VEILLEUX** |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| SAFARI CLUB INTERNATIONAL, | |
| Defendant-Intervenor Applicant. | |

I, Albert L. Veilleux, being first duly sworn on oath depose and state as follows:

1. I am a resident of Sammamish, Washington.

2. I have been a member of Safari Club International for over twenty years.

3. I am retired from a career in maritime shipping.

4. I have been a member of Safari Club International's Northwest Chapter for over twenty years and Puget Sound Chapter for five years. I also have been a member of the National Rifle Association off and on for over twenty years.

5. My father taught me to hunt when I was ten.

6. I have hunted black bear over bait each spring in Nez Perce National Forest in Idaho for a number of years.

7. The process of strategically placing metal barrels with bait in areas of high black bear densities provides opportunities for viewing and selecting mature boars. Female bears with cubs and juvenile bears can be carefully observed while larger more mature bears are selected for harvest.

8. Shooting lanes are meticulously cleared from ground blinds to baited barrels providing unobstructed shooting lanes. Distances are precisely measured ensuring accurate shot placement. Bears feeding over baits are more relaxed and stationary than non-baited bears. The process of hunting over bait allows for well-paced shots from a solid rest, thus ensuring clean, humane, often one-shot kills.

9. On the other hand, black bears encountered while spot and stalk hunting in forested areas are rarely stationary, exact distances are difficult to measure precisely, and shot placement can be challenging due to terrain, foliage, and various other obstructions. Hunting over bait holds favor over spot and stalk hunting by providing the hunter with a controlled setting where shot distance is well calculated, obstructions are cleared, and bears can be carefully scrutinized for harvest selection.

10. I have not encountered grizzly bears while hunting black bears in Idaho. Grizzly sightings were confirmed by officials last year in Nez Perce National Forest where I hunt black bears over bait.

11. Given the fact that hunting black bears over bait allows for viewing bears clearly and thoroughly, it is difficult to comprehend misidentification of grizzly bears as being problematic. During my experience hunting bears over bait, I have had the opportunity to view and harvest a variety of color phase black bears. I have never had a problem identifying those bears as black bears. I firmly believe that there is far less chance of misidentifying a grizzly bear as a black bear while hunting over bait where unobstructed lanes offer clear visibility of the bears. Bears feeding on bait can be observed for lengthy periods from ground blinds providing ample time for positive identification.

12. I intend to pursue black bear again this spring in Nez Perce National Forest. I have purchased a 2021 non-resident hunting license and look forward with great anticipation to another successful black bear hunt over bait in May or June of this year. When Idaho bear bait permits become available, I intend to purchase a bait permit and barrel identification tags for Unit 16A in central Idaho.

13. If the plaintiffs are successful in their challenge to the use of bait for hunting black bears in National Forest lands in Idaho and Wyoming, I will be harmed because I will not be able to hunt black bears the way I have been hunting them for many years. It would be illogical to prohibit the use of bait to hunt black bears because it greatly helps with successful identification and selective harvest.

14. I provide this declaration in support of Safari Club International's motion to intervene in the above captioned case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of February 2021

_____
Albert L. Veilleux