Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel:  202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant*
*Safari Club International*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | |
| Plaintiffs, | Case No. 1:19-cv-00203-CWD |
| v. | |
| U.S. FOREST SERVICE, et al., | **DECLARATION OF TRAVIS BARTON BULLOCK** |
| Defendants, | |
| SAFARI CLUB INTERNATIONAL, | |
| Defendant-Intervenor Applicant. | |

I, Travis Barton Bullock, being first duly sworn on oath depose and state as follows:

1. I am a resident of Challis, Idaho.

2. I have been a member of Safari Club International for more than twenty years.

3. I am an outfitter.

4. I have been a member of the Idaho Outfitters and Guides Association since about 1995.

5. My father took me on my first hunt when I was five, and I have been infatuated with hunting ever since.

6. I hunt black bears over bait on National Forest land in north/central Idaho. We put out between 10 to 15 bear baits each year.

7. Baiting helps my clients and I to target old boars.  When we set trail cameras on the baits, it helps us to keep from accidentally harvesting a sow or a cub instead of an older male bear.

8. I have never encountered a grizzly bear in the Frank Church Wilderness or the Salmon River Mountains in Idaho.

9. I have definite plans to hunt black bears over bait on National Forest land in Idaho this fall.  We have bear bait permits for the Frank Church Wilderness on Big Creek and along the Middle Fork of the Salmon River.  We will also set bear baits in our front range area in the Salmon River Mountains between the Challis and Stanley this spring.

10. Baiting allows us to target specific bears and to participate in the Idaho Department of Fish and Game's management of our black bear populations.

11. Without baiting, bear hunting in Idaho and overall predator management in the state would be far more difficult.

12. Idaho is home to many predators.  Over twenty-five years ago, wolves were reintroduced into the state.  Their numbers have grown, and they prey on our game species.  Having an additional large predator prey on our ungulate populations has required major management of our overall predator base.  Our elk and deer have suffered from the increased predation, but they are recovering.

Our moose population has greatly declined, and it does not appear that it will be able to recover. Grizzly bears are doing well and have recovered to the point where delisting is not only appropriate, it is necessary.

13. As one of several predator populations in the state of Idaho, our black bears require management. Hunting over bait allows hunters to contribute to black bear management and to the conservation of the species on which they prey.

14. If the plaintiffs succeed in this case and black bear baiting is prohibited, it will harm my hunting of black bears and the hunts of all those who I guide for black bears in Idaho. It will also harm my ability to help with the management of black bears and the conservation of Idaho's ungulate populations.

15. I provide this declaration in support of Safari Club International's motion to intervene in the above captioned case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this __2__ day of February 2021

Travis Barton Bullock