Jeremy E. Clare, D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: 202-543-8733
Fax: 202-403-2244
jclare@safariclub.org
*Admitted Pro Hac Vice*

Cherese D. McLain, ISB No. 7911
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: 208-331-1800
Fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Applicant Safari Club International*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> SAFARI CLUB INTERNATIONAL, <br><br> Defendant-Intervenor Applicant. | Case No. 1:19-cv-00203-CWD <br><br> **CERTIFICATE OF DISCLOSURE FOR SAFARI CLUB INTERNATIONAL** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Safari Club International certify that Safari Club International has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

DATED this 10th day of February 2021.

        Respectfully Submitted,

        /s/ Jeremy Clare
        Jeremy E. Clare, D.C. Bar No. 1015688
        Safari Club International
        501 2nd Street N.E.
        Washington, D.C. 20002
        Tel:   202-543-8733
        Fax:   202-403-2244
        jclare@safariclub.org
        *Admitted Pro Hac Vice*

        Cherese D. McLain, ISB No. 7911
        MSBT Law, Chtd.
        7699 West Riverside Drive
        Boise, ID 83714
        Tel:   208-331-1800
        Fax:   208-331-1202
        cdm@msbtlaw.com

        *Attorneys for Defendant-Intervenor Applicant*
        *Safari Club International*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeremy Clare
Jeremy E. Clare