Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**PLAINTIFFS' RESPONSE AND NOTICE RE: MOTIONS TO INTERVENE** |

Pursuant to District Local Rule Civ 7.1(a), Plaintiffs WildEarth Guardians et al. ("Guardians") hereby respectfully file this response and notice related to the motions to intervene of the State of Wyoming [Dkt. 62], the State of Idaho [Dkt. 65], and Safari Club International [Dkt. 66].

Guardians does not oppose the motions to intervene of the State of Idaho and of the State of Wyoming, on the condition that any challenge either State may make as to the Court's jurisdiction must be asserted at the time of cross-motions for summary judgment, not beforehand, given that the Court has already resolved two successive motions to dismiss. *Stevens v. Brigham Young University-Idaho*, No. 4:16-cv-530-DCN, 2018 WL 2974388 *13, n.10 (D. Idaho June 11, 2018) ("Once a district court concludes that a party has a right to intervene, the inquiry is not necessarily at an end. Even where intervention is a matter of right, district courts may impose appropriate conditions or restrictions upon the intervenor's participation in the action.") (quoting *WildEarth Guardians v. Salazar*, 272 F.R.D. 4 (D.D.C. 2010)).

Further, Guardians intends to oppose the motion to intervene of Safari Club International, and will do so on or before February 24, 2021.

Date: February 16, 2021.          Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Dana M. Johnson, ISB #8359
Matthew K. Bishop, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Attorneys for Plaintiffs