LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
KATHLEEN E. TREVER
OWEN H. MORONEY
Deputy Attorneys General
600 S. WALNUT STREET
P.O. BOX 25
BOISE, ID 83707
TELEPHONE: (208) 334-3715
FAX: (208) 334-4885
E-Mail:   kathleen.trever@idfg.idaho.gov
          owen.moroney@idafg.idaho.gov

*Attorneys for Idaho Fish and Game Commission*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants. | Case No. 1:19-cv-00203-CWD<br><br>JOINT REPLY IN SUPPORT OF THE IDAHO FISH AND GAME COMMISSION AND STATE OF WYOMING'S MOTIONS TO INTERVENE |

    This reply is filed in support of the Idaho Fish and Game Commission and State of Wyoming's (Applicant Intervenors) motions to intervene as defendants in this action. Applicant Intervenors move to intervene as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, permissively under Rule 24(b). ECF 65, 62. The Federal Defendants took no position on the motions to intervene. The Plaintiffs do not oppose the Commission and

JOINT REPLY IN SUPPORT OF THE APPLICANT INTERVENORS'
MOTIONS TO INTERVENE                                                                                                                         Page 1

Wyoming's motions to intervene but seek the following temporal condition on the motions to intervene: "any challenge either State may make as to the Court's jurisdiction must be asserted at the time of cross-motions for summary judgment, not beforehand . . . ." ECF 68.

Applicant Intervenors object to a time limit on raising issues of jurisdiction for the following reasons. First, a time limit on raising jurisdictional issues is not appropriate due to the fundamental nature of jurisdiction. A "lack of federal jurisdiction cannot be waived or be overcome by an agreement of the parties." *Mitchell v. Maurer*, 293 U.S. 237, 244 (1934). "Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." *Ex parte McCardle*, 7 Wall. 506, 514, 19 L.Ed. 264 (1868). "Every act of a court beyond its jurisdiction is void." *Ex parte Reed*, 100 U.S. 13, 23 (1879). Jurisdiction is a necessary aspect/restraint on our legal system, as exemplified by the universal recognition that jurisdiction is so essential that it can be raised *sua sponte* and for the first time on appeal. *See Kontrick v. Ryan*, 540 U.S. 443, 455 (2004). Jurisdiction and challenges thereto are a fundamental issue of court power and cannot be waived or otherwise limited.

Next, the proposed condition would limit Applicant Intervenors' ability to participate in other motions to dismiss should they be brought by the Federal Defendants. Applicant Intervenors note that the Court has not issued a scheduling order regarding motion practice taking place before the Court after completion of the administrative record and discovery. ECF 61. The Court's most recent January 22, 2021 scheduling order only states: "Dispositive Motions: The parties may propose a schedule for dispositive motions once the above matters are resolved by the Court." *Id.* Applicant Intervenors have willingly stayed on the sidelines for the first two motions to dismiss but wish to not be sidelined after intervention.

Finally, circumstances can and do change over time, and such changing circumstances could necessitate the raising of a jurisdictional issue. While unlikely, there can and have been changes to matters such as overarching laws, listing status, methods of take allowed under state law, natural disasters and disease, and other unforeseen circumstances. Moreover, issues tend to become more refined after the administrative record is compiled. Although Applicant Intervenors do not have plans to raise a jurisdictional challenge in a way that is not synchronized with an agreed upon scheduling order and the other defendants, Applicant Intervenors object to waiving the ability to bring issues of jurisdiction to the Court if appropriate.

In conclusion, Applicant Intervenors respectfully request that this Court grant their motions to intervene without the condition requested by the Plaintiffs.

Respectfully submitted this 23rd day of February 2021.

FOR PROPOSED DEFENDANT-INTERVENOR IDAHO FISH AND GAME COMMISSION

    HON. LAWRENCE G. WASDEN
    Attorney General

    DARRELL EARLY
    Chief of Natural Resources Division

    */s/ Owen Moroney*
    OWEN MORONEY (ISB # 9553)
    Deputy Attorney General
    600 S. Walnut Street
    P.O. Box 25
    Boise, ID 83707
    owen.moroney@idfg.idaho.gov

JOINT REPLY IN SUPPORT OF THE APPLICANT INTERVENORS'
MOTIONS TO INTERVENE    Page 3

FOR PROPOSED DEFENDANT-INTERVENOR STATE OF WYOMING

>/s/ Cherese D. McLain
>Cherese D. McLain (ISB No.7911)
>MSBT Law, Chtd.
>7699 West Riverside Drive
>Boise, ID 83714
>(208) 331-1800 (phone)
>cdm@msbtlaw.com
>
>Travis Jordan, WSB No. 7-5721 (*Pro Hac Vice*)
>Assistant Attorney General
>Wyoming Attorney General's Office
>2320 Capitol Avenue
>Cheyenne, WY 82002
>(307) 777-7895 (phone)
>(307) 777-3542 (fax)
>travis.jordan@wyo.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23 day of February, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Matthew K. Bishop
Western Environmental Law Center
bishop@westernlaw.org

Peter Frost
Western Environmental Law Center
frost@westernlaw.org

Dana Johnson
Danajohnsonecf@gmail.com

Robert P. Williams
U.S. Department of Justice
Robert.p.williams@doj.gov

                                     */s/ Owen Moroney*
                                      OWEN MORONEY (ISB # 9553)
                                      Deputy Attorney General
                                      600 S. Walnut Street
                                      P.O. Box 25
                                      Boise, ID 83707
                                      owen.moroney@idfg.idaho.gov