Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 310
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
Tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> STATE OF WYOMING, et al., <br><br> Defendants-Intervenors. | Case No. 1:19-cv-00203-CWD <br><br> **PLAINTIFFS' MOTION TO COMPLETE OR SUPPLEMENT THE ADMINISTRATIVE RECORD** |

Pursuant to Local Rule Civ. 7.1(a) and the Court's scheduling order of Jan. 22, 2021 (ECF 61 at 2), Plaintiffs WildEarth Guardians et al. hereby respectfully file this motion seeking an order requiring Defendant U.S. Forest Service to complete or supplement its administrative record.

For the reasons stated in the brief in support of this motion, the Court should grant it.

Date: May 11, 2021.                    Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Dana M. Johnson, Idaho Bar #8359