# LITIGATION PLAN
## (Revised Effective 1/1/2019)

PRESIDING JUDGE: Dale

DATE OF -SCHEDULING CONFERENCE: Click here for date.

CASE NO: 1:19-cv-00203-CWD   NATURE OF SUIT: Civil

CASE NAME:  WildEarth Guardians v. U.S. Forest Service

PARTY SUBMITTING PLAN:
  ☒ Plan **has been** stipulated to by all parties.
  ☐ Plan **has not been** stipulated to, but is submitted by:

  ATTORNEY:  Click here to enter text.

  REPRESENTING: Choose an item.

1. **CASE MANAGEMENT TRACK**:  Indicate the track that best fits your case. Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets counsel's needs.

    ☐ **Expedited Track** - Cases on this track will typically be set for trial approximately 9 to 12 months following the case management conference, take 4 days or less to try, and involve limited discovery.

    ☐ **Standard Track** - Cases on this track will typically be set for trial approximately 12 to 15 months following the case management conference, take about 5-10 days to try, and involve typical discovery. **Most cases fall within this category**.

    ☐ **Complex Track** - Cases on this track will typically be set for trial approximately 15 to 24 months following the case management conference, take more than 10 days to try, involve extensive discovery, and involve extensive expert testimony.

    ☒ **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial.  There will be little, if any, discovery.  A motion hearing will be set at the case management conference.

2. **DISPOSITIVE MOTIONS FILING CUT-OFF DATE**: Click here to enter a date.

   The parties propose cross-motions for summary judgment on this schedule:

   Plaintiffs' opening motion for summary judgment, on or before May 2, 2022;

   Defendants and Defendant-Intervenors' opening motions for summary judgment, and opposition to Plaintiffs' opening motion, on or before June 16, 2022;

   Brief of Amicus Curiae on or before June 23, 2022;

   Plaintiffs' opposition to Defendants' and Defendant-Intervenors' opening motions for summary judgment, and reply to their opposition to Plaintiffs' opening motion, on or before August 1, 2022;

   Defendants' and Defendant-Intervenors' replies on or before September 15, 2022.

3. **JOINDER OF PARTIES & AMENDMENT OF PLEADINGS CUT-OFF DATE:** Click here to enter a date.

   The parties agree no joinder and no further amendment of the pleadings are necessary.

4. **ALTERNATE DISPUTE RESOLUTION OPTIONS** - Pursuant to Local Rule 16.1 and 16.4, the parties must meet and confer about (1) whether they might benefit from participating in some form of ADR process; (2) which type of ADR process is best suited to the specific circumstances in their case; and (3) when the most appropriate time would be for the ADR session to be held.

   The parties agree ADR is unnecessary.

5. **DISCOVERY PLAN.** Fed. R. Civ. P. 26(f):

   The parties agree that, pursuant to this Court's Order of January 3, 2022 denying Federal Defendants' motion for protective order from discovery (ECF 87) and subject to Federal Defendants' continuing objection to the availability of discovery in this matter and the consideration of extra-record evidence, which they preserve for all purposes, and further subject to Federal Defendants' objections to Plaintiffs' individual discovery requests served on August 11, 2021, on or before February 21, 2022, Federal Defendants will provide any further responses to Plaintiffs' discovery requests, and propound any discovery.

If Plaintiffs wish to supplement or complete Federal Defendants' administrative records, they will seek the stipulation of the parties or file a motion on or before March 7, 2022.

6. **FACTUAL DISCOVERY CUT-OFF DATE:** Click here to enter a date. (15-30 days prior to the dispositive motion cutoff).

   Plaintiffs do not intend to propound additional discovery barring any dispute over their pending discovery requests or the propounding of discovery requests by Federal Defendants, and the parties therefore propose April 15, 2022, as the discovery cut-off date to allow for resolution of any motions relating to Plaintiffs' existing discovery requests.

7. **EXPERT DISCOVERY CUT-OFF DATE:**

   The parties do not intend to conduct expert discovery.

8. **EXPERT TESTIMONY DISCLOSURES:  Local Rule 26.2(b)**

   Not applicable.

9. **TRIAL DATE:** The date of the trial and the pretrial conference will be scheduled at a trial scheduling conference following the resolution of dispositive motions or the conclusion of Court-supervised ADR.

   Not applicable.