UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et. al.,<br><br>Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**SCHEDULING ORDER<br>(LEGAL TRACK)** |

In accordance with the Court's Order of January 3, 2022 (Dkt. 87) and the parties' stipulated litigation plan, and to further the just, speedy, and inexpensive determination of this matter,

**NOW THEREFORE IT IS HEREBY ORDERED** that the following deadlines and procedures will govern this litigation:

1. <u>Dispositive Motions</u>: The following briefing schedule will govern these proceedings:

    - Plaintiffs' opening motion for summary judgment: on or before **May 2, 2022**;

    - Defendants and Defendant-Intervenors' opening motions for summary judgment, and opposition to Plaintiffs' opening motion: on or before **June 16, 2022**;

SCHEDULING ORDER - 1

- Brief of Amicus Curiae on or before **June 23, 2022**;

- Plaintiffs' opposition to Defendants' and Defendant-Intervenors' opening motions for summary judgment, and reply to their opposition to Plaintiffs' opening motion: on or before **August 1, 2022**;

- Defendants' and Defendant-Intervenors' replies on or before **September 15, 2022**.

2. <u>Discovery</u>:  Pursuant to the Court's Order of January 3, 2022, denying Federal Defendants' motion for protective order from discovery (ECF 87) and subject to Federal Defendants' continuing objection to the availability of discovery in this matter and the consideration of extra-record evidence, which are preserved for all purposes, and further subject to Federal Defendants' objections to Plaintiffs' individual discovery requests served on August 11, 2021, Federal Defendants will provide any further responses to Plaintiffs' discovery requests, and propound any discovery, on or before **February 21, 2022**.
If Plaintiffs wish to supplement or complete Federal Defendants' administrative records, they must seek the stipulation of the parties or file a motion on or before **March 7, 2022**.

3. <u>Completion of Fact Discovery</u>:  All fact discovery must be completed by **April 15, 2022**.

DATED: February 01, 2022

Candy W. Dale
Chief U.S. Magistrate Judge