Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3239; 541-778-6626
frost@westernlaw.org; sangyeij@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Case No. 1:19-cv-00203-CWD |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF** |
| v. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 56, Dist. Idaho Loc. Civ. R. 7.1, and the Court's Scheduling Order (Dkt. 91), Plaintiffs WildEarth Guardians et al (Guardians) hereby respectfully file this motion for summary judgment and injunctive relief. Guardians requests that the Court declare unlawful and set aside Federal Defendants' letters rescinding the 1993 Biological Opinion and Incidental Take Statement, order Federal Defendants to reinitiate consultation under the Endangered Species Act, and order the Forest Service to close to baiting areas in Idaho and Wyoming where grizzly bears may be present but where the use of bait is allowed. Guardians' motion is supported by Plaintiffs' Brief in Support of Motion for Summary Judgment and Injunctive Relief; Plaintiffs' Statement of All Material Facts; Plaintiffs' Exhibits A–G in Support of Motion for Summary Judgment and Injunctive Relief; the Declarations of John Borstelmann, Larry Campbell, Dave Stricklan, and Peter M. K. Frost; and cited portions of Federal Defendants' Administrative Records.

Dated: May 2, 2022.	Respectfully submitted,

/s/ *Sangye Ince-Johannsen*
Sangye Ince-Johannsen, *pro hac vice*
Peter M. K. Frost, *pro hac vice*
Matthew K. Bishop, *pro hac vice*
Dana M. Johnson, Idaho Bar #8359