LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
KATHLEEN E. TREVER
OWEN H. MORONEY
Deputy Attorneys General
600 S. WALNUT STREET
P.O. BOX 25
BOISE, ID 83707
TELEPHONE: (208) 334-3715
FAX: (208) 334-4885
E-Mail:   kathleen.trever@idfg.idaho.gov
          owen.moroney@idfg.idaho.gov

*Attorneys for Idaho Fish and Game Commission*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00203-CWD<br><br>DEFENDANT-INTERVENOR IDAHO FISH AND GAME COMMISSION'S STATEMENT OF ALL MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

1

Pursuant to Local Civil Rule 7.1(b)(1), Defendant-Intervenor Idaho Fish and Game Commission respectfully submits this statement of all material facts in support of their motion for summary judgment.

1. The federal government has generally recognized and honored state fish and wildlife agencies as having the primary responsibility for protection and management of wildlife populations on National Forest System Lands when federal preemption does not exist. 59 Fed. Reg. 11,765 (1994), 11,766; 60 Fed. Reg. 14,720.

2. The United States Forest Service's March 20, 1995 Use of Bait in Hunting policy (1995 Policy) applies to the use of bait in hunting resident game on National Forest System lands. 60 Fed. Reg. 14,720.

3. "Baiting" is the practice of placing bait, either food or scent, to attract wild game to a particular hunting location. 60 Fed. Reg. 14,720, 14,721.

4. Baiting is an allowable method for hunting a myriad of species of wildlife, differing from state to state. For example, while Idaho prohibits baiting for deer hunting, other states allow it. USFS 00253, 255; FWS 00289. The use of bait is both a social and a management choice, with restrictions based on population objectives and potential for user conflict. FWS 00289. Idaho is one of multiple states that authorize bear baiting. FWS 00289.

5. In a 1995 Policy, the Forest Service has continued principles of cooperative federalism by abstaining from regulating baiting unless there is a need to place a site-specific restriction or prohibition. 60 Fed. Reg. 14,720, 14, 723.

6. The language of the final Policy, issued on March 20, 1995, provided:

Use of Bait for Resident Game Hunting. The use of bait for the purpose of taking resident game on National Forest System lands is a hunting practice.

The practice is prohibited on National Forest System lands where State hunting regulations prohibit its use. Where States permit the use of bait for attracting resident game, this activity is allowed on National Forest System lands, subject to

State hunting laws and regulation, unless the authorized officer determines on a site-specific basis that there is a need to prohibit or restrict the practice.

60 Fed. Reg. 14,720, 14,723.

7. The 1995 Policy was placed in the Forest Service Manual and is essentially an instruction for line-level Forest Service staff to clarify the agency's role with regard to baiting in relation to the role of the states and, thus, to provide a consistent approach to the regulation of baiting resident game on National Forest System lands. *Id.* at 14,720.

8. In Idaho, the Idaho Fish and Game Commission and the Idaho Department of Fish and Game (IDFG) regulate black bear hunting, including baiting. The Commission has promulgated rules and proclamations[1] that regulate the use of bait for black bear hunting in Idaho. *See generally* Idaho Administrative Code (IDAPA) 13.01.17.100 and 200; 2022 Idaho Black Bear Hunting Seasons.[2]

9. The Commission has a permit requirement for placement of black bear bait in addition to the requirements for a hunting license and black bear tag. IDAPA 13.01.17.100 and 200. Among other things, Commission requirements apply to the time period in which bait can be placed, types of baits and containers, and minimum distances bait must be placed from areas occupied by humans, such as roads, campgrounds or dwellings. *Id.*

10. The Commission has a long-standing prohibition on the use of bait in Game Management Units 1, 61 (in Fremont County and East of Howard Creek in Clark County), 62, and 62A, which are geographically within the Greater Yellowstone, Selkirk, and Cabinet-Yaak Grizzly

---

[1] In Idaho, "proclamations" have the force and effect of law and are created under a streamlined administrative process that gives the Commission flexibility to quickly respond to changing biological conditions in setting harvest seasons and limits. *See* Idaho Code § 36-105. The Commission also promulgates administrative rules with the force and effect of law for requirements of longer duration pursuant to the Idaho Administrative Procedure Act; these rules are published in the Idaho Administrative Code. Proclamations for seasons and limits, along with a summary of administrative rules, are available in brochure form, commonly referred to as "hunting regulations."
[2] *Available at* https://idfg.idaho.gov/sites/default/files/seasons-rules-big-game-2022.pdf.

Bear Recovery Areas.[3] Altogether, these areas encompass roughly 3,500 square miles of closures. ECF 74, ¶ 45.

11.     It has long been acknowledged that baiting actually reduces the chances of mistaken identification mortality of grizzly bears. 60 Fed. Reg. 14,720, 14,722. ("Baiting actually improves the chance that the hunted species is clearly identified before being shot, and therefore should improve the chances that other species are not shot accidentally.").

12.     The single known mortality of a grizzly bear at a permitted bait site on forest lands in Idaho occurred in 2007 because of misidentification by an out-of-state hunter unfamiliar with grizzly bears in an area that had no known grizzly bear presence in several preceding decades. ECF 74, ¶ 57. The Commission and IDFG integrated their response to the 2007 incident into ongoing educational efforts related to avoiding misidentification mortality and promoting awareness about potential sporadic grizzly bear occurrence outside of existing populations in federally designated recovery areas. ECF 65-1, 3-5.

Respectfully submitted this 16th day of June, 2022.

HON. LAWRENCE G. WASDEN
Attorney General

DARRELL EARLY
Chief of Natural Resources Division
KATHLEEN E. TREVER

/s/ Owen Moroney_____
OWEN MORONEY
Deputy Attorney General
600 S. Walnut Street
P.O. Box 25
Boise, ID 83707
   owen.moroney@idfg.idaho.gov

---

[3] 2022 Idaho Black Bear Hunting Seasons, pages 72-74, *available at* https://idfg.idaho.gov/sites/default/files/seasons-rules-big-game-2022.pdf.

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2022, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the all attorneys of record to be served by electronic means.

*/s/ Owen Moroney*
OWEN MORONEY