Cherese D. McLain (ISB No. 7911)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
cdm@msbtlaw.com

Travis Jordan, (WSB No. 7-5721) *Pro Hac Vice*
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for Intervenor State of Wyoming*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No.  1:19-CV-203-CWD<br><br>**WYOMING'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56 and Dist. Idaho Loc. Civ. R. 7.1, Intervenor-Defendant, the State of Wyoming, by and through undersigned counsel, respectfully cross moves for summary judgment on all claims raised by WildEarth Guardians.

WildEarth Guardians brought their actions under the Endangered Species Act and the Administrative Procedure Act. (*See* Dkt. 56 at 1-2). Cases involving the review of final agency

actions under the Administrative Procedure Act do not require fact finding on behalf of this Court. *Nw. Motorcycle Ass'n v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1471-72 (9th Cir. 1994). Accordingly, this Court's review should rest on the administrative record filed before this Court.

The State of Wyoming, for the reasons set forth in the accompanying memorandum, requests that this Court deny WildEarth Guardian's motion for summary judgment and grant Wyoming's cross-motion for summary judgment.

Submitted this 16th day of June, 2022.

/s/ Cherese D. McLain
Cherese D. McLain (ISB No. 7911)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
cdm@msbtlaw.com

Travis Jordan, (WSB No. 7-5721) *Pro Hac Vice*
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for Intervenor State of Wyoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Cherese D. McLain*
Cherese D. McLain