TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Deputy Assistant Attorney General
S. JAY GOVINDAN, Deputy Section Chief
ROBERT P. WILLIAMS
Sr. Trial Attorney (D.C. Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0206 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

**Attorneys for Federal Defendants**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE and UNITED STATES FISH & WILDLIFE SERVICE, <br><br> Defendants, <br><br> and <br><br> IDAHO FISH & GAME COMMISSION and STATE OF WYOMING, <br><br> Defendant-Intervenors. | **Case No. 1:19-cv-00203-CWD** <br><br> **FEDERAL DEFENDANTS' MOTION TO ENLARGE PAGE LIMIT FOR THEIR COMBINED OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Scheduling Order, Federal Defendants U.S. Forest Service ("USFS") and U.S. Fish & Wildlife Service ("FWS") are filing an "opening motion[] for summary judgment, and opposition to Plaintiffs' opening motion." ECF 91 at 1. Local Rule 7.1(a) permits memoranda of

points and authorities in support of or in opposition to a motion of up to 20 pages in length. Therefore, Local Rule 7.1(a) would allow an opposition of up to 20 pages in length and a cross-motion for summary judgment of up to 20 pages in length, if they were filed separately.  However, for efficiency, Federal Defendants are filing their opposition and cross-motion for summary judgment together in one combined brief rather than in two separate briefs.  In an abundance of caution, Federal Defendants are requesting leave of Court for up to 29 pages of text for their combined brief, exclusive of case caption, tables, and signature blocks.

Federal Defendants' request is reasonable, as they are requesting fewer pages than if they were to file two separate briefs of 20 pages each, and only 9 pages more than Plaintiffs' 20-page summary judgment brief.  The pages requested are needed to provide a full and complete response to the issues raised in Plaintiffs' summary judgment motion, which are numerous and involve a lengthy factual and procedural history that spans nearly three decades, and because Federal Defendants are not only opposing Plaintiffs' motion but also cross-moving for summary judgment.

Undersigned counsel for Federal Defendants requested Plaintiffs' consent to the requested page enlargement on June 14, 2022, but received an initial email response from Plaintiffs' counsel on June 15, 2022 that did not clearly state a position on the request, and undersigned did not receive a response from Plaintiffs' counsel to two follow-up email inquiries sent on June 16, 2022.

WHEREFORE, Federal Defendants respectfully request that the Court grant them leave to file a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment of up to 29 pages of text, exclusive of case caption, tables, and signature blocks.

Dated: June 16, 2022

        /s/ *Robert P. Williams*
        Robert P. Williams, Sr. Trial Attorney
        U.S. Department of Justice
        **Attorney for Federal Defendants**