UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH,<br><br>  Plaintiffs,<br><br> vs.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>  Defendants,<br><br>and<br><br>IDAHO FISH & GAME COMMISSION and STATE OF WYOMING,<br><br>  Defendant-Intervenors. | Case No. 1:19-cv-00203-CWD<br><br>**ORDER** |

Before the Court is the motion of Federal Defendants U.S. Forest Service ("USFS") and U.S. Fish & Wildlife Service ("FWS") to file a combined motion for summary judgment and cross-motion for summary judgment of up to 29 pages of text, exclusive of case caption, tables, and signature blocks. (Dkt. 103.) Having considered the motion, and finding the request reasonable, the motion (Dkt. 103) is hereby **GRANTED**.

It is further ordered that Plaintiffs may have a corresponding number of additional pages for their combined response/reply brief.

DATED: June 17, 2022

Candy W. Dale
U.S. Magistrate Judge