Dana M. Johnson, Idaho Bar #8359
Wilderness Watch
P.O. Box 9623
Moscow, Idaho 83843
Tel: (208) 310-7003
danajohnson@wildernesswatch.org

Matthew K. Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3239; 541-778-6626
frost@westernlaw.org; sangyeij@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00203-CWD<br><br>**PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE DECLARATION TESTIMONY** |

Plaintiffs WildEarth Guardians et al. hereby respectfully file this motion to strike or exclude the declaration testimony of Toby Boudreau, filed by Defendants Idaho Fish and Game Commission et al. ("Idaho"). ECF 99-4. Counsel for Guardians has conferred with counsel for Idaho about this motion, and Idaho will oppose it. DIST. IDAHO LOC. CIV. R. 37.1 & 37.2. For the reasons stated in the accompanying brief, the Court should grant the motion.

Date: August 1, 2022.

Respectfully submitted,

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, *pro hac vice*
Peter M. K. Frost, *pro hac vice*
Matthew K. Bishop, *pro hac vice*
Dana M. Johnson, Idaho Bar #8359
120 Shelton McMurphey Blvd, Suite 340
Eugene, OR 97401

Attorneys for Plaintiffs