UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and WILDERNESS WATCH, | Case No. 1:19-cv-00203-CWD |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH & WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| IDAHO FISH & GAME COMMISSION, STATE OF WYOMING, | |
| Defendant-Intervenors. | |

Based upon this Court's Memorandum Decision and Order (Dkt. 118) granting Federal Defendants' Cross-Motion for Summary Judgment; granting Defendant-Intervenor Idaho Fish And Game Commission's Cross-Motion For Summary Judgment; granting Defendant-Intervenor Wyoming's Cross-Motion For Summary Judgment; and

**JUDGMENT - 1**

denying Plaintiffs' Motion for Summary Judgment and Injunctive Relief, Judgment is hereby entered for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

DATED: March 21, 2023

_____
Honorable Candy W. Dale
United States Magistrate Judge

JUDGMENT - 2